IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Rhonda Braun, :
:
    Plaintiff(s), :
: Case Number: 1:12cv12
vs. :
: Chief Judge Susan J. Dlott
Commissioner of Social Security, :
:
    Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 5, 2013 a Report and Recommendation (Doc. 26).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 28).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, the decision of the Commissioner is **AFFIRMED** and this matter is **TERMINATED** from the docket.

IT IS SO ORDERED.

           ___s/Susan J. Dlott_____
           Chief Judge Susan J. Dlott
           United States District Court